AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**CRIMINAL COMPLAINT**

**JOHN EDWARD LEEK**
**DOB: xx/xx/xx47**
**PDID xxx-xxx**

CASE NUMBER:

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __SEPTEMBER 23, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance; and having been convicted of a crime punishable by imprisonment for a term exceeding one year.**

in violation of Title __21__ United States Code, Section(s) __841(b)(1)(c)__.

I further state that I am __OFFICER JAMES BOTELER__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**    ☒ Yes    ☐ No

Signature of Complainant
**OFFICER JAMES BOTELER**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____    at    __Washington, D.C.__
**Date**                                                  **City and State**

_____          _____
**Name & Title of Judicial Officer**              **Signature of Judicial Officer**

## STATEMENT OF FACTS

On Friday, 09/23/2006, at approximately 11:05a.m., sworn officers of the Metropolitan Police Department's Narcotics and Special Investigations Division executed a search warrant at 1706 Trinidad Avenue, N.E., Apartment # 2, Washington, D.C.  The defendant, John Edward Leek was found in bedroom # 3.  Recovered during the search of bedroom # 3 were 316 ziplocks containing powder substances, one ziplock weighing approximately 5.7 grams, and a sandwich bag containing approximately 267 grams of a powder/rock like substance.  The powder substances field tested positive for opiates.  The heroin was found in a black book bag located at the foot of the defendant's bed.  Also recovered from the book bag was a loaded .40 caliber semi-automatic glock pistol (Serial Number SK240), as well as a large amount of drug packaging material.  Approximately $725.00 in United States currency was also recovered from the rear pocket of the defendant's pants.  Also recovered were personal papers in John Edward Leek's name. The defendant stated that everything found was his.

_____
OFFICER JAMES BOTELER
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS __25th____ DAY OF SEPTEMBER, 2006.

_____
U.S. MAGISTRATE JUDGE