UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Magistrate No. 06-408M |
| | : | |
| v. | : | **Criminal No.** |
| | : | |
| **JOHN EDWARD LEEK,** | : | **VIOLATIONS:** |
| Defendant. | : | **21 U.S.C. §§846(a)(1) and 841(b)(1)(A)(i)** |
| | : | **(Conspiracy to Distribute and Possess with** |
| | : | **Intent to Distribute More Than a Kilogram of** |
| | : | **Heroin)** |

## INFORMATION

### COUNT ONE

From on or about sometime in January 1, 2004, the exact date being unknown to the United States, and continuing thereafter to at least September 23, 2006, in the District of Columbia and elsewhere, **John Edward Leek,** and others known and unknown to the United States, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together and with persons known and unknown to the United States, to unlawfully, knowingly, and intentionally possess with intent to distribute and distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, and the quantity of said mixture and substance was one kilogram or more, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(i) and 841(b)(1)(A)(i).

(**Conspiracy to Possess With Intent to Distribute and to Distribute One Kilogram or More of Heroin,** in violation of Title 21, United States Code, Section 846)

                                                  Respectfully submitted,

                                                  JEFFREY A. TAYLOR
                                                  UNITED STATES ATTORNEY

BY: _____
                                                  WILLIAM J. O'MALLEY, JR.
                                                  Assistant United States Attorney

                                                  _____
                                                  JOHN K. HAN
                                                  Assistant United States Attorney