

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 06-354 |
| | : | (Under Seal) |
| JOHN EDWARD LEEK, | : | |
| Defendant. | : | |

FILED

DEC 0 8 2006

### GOVERNMENT'S NOTICE OF PRIOR CONVICTIONS

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The United States of America, by its attorney, the United States Attorney for the District of Columbia, pursuant to 21 United States Code, § 851(a), hereby respectfully notices the Court and the defendant, John Edward Leek, that in any sentencing of Mr. Leek upon a conviction in the above-captioned matter the United States will seek to enhance the penalties upon that conviction pursuant to the provisions of 21 United States Code, §§ 841(b)(1)(A), 841(b)(1)(B) and 841(b)(1)(C) based upon defendant's conviction on May 3, 1996 in the Superior Court for the District of Columbia in Criminal Case No. F-6124-95 for possession with intent to distribute of a controlled substance, cocaine, and upon defendant's conviction on December 14, 1983 in the Superior Court for the District of Columbia in Criminal Case No. F-6995-81 for possession with intent to distribute a controlled substance, heroin.

The United States further informs the Court that the existence of any prior conviction for a felony drug offense as defined by Title 21, United States Code, § 802(44), may subject the defendant to enhanced penalties under Title 21, United States Code, § 841(b). The existence of one prior qualifying drug conviction subjects the defendant to a sentence of not less than 10 years

imprisonment nor more than life. The existence of two or more prior qualifying drug convictions requires that "such person shall be sentenced to a mandatory term of life imprisonment without release . . . ." 21 United States Code, § 841(b).

Defendant is further noticed that pursuant to § 4B1.1(a) of the Federal Sentencing Guidelines and 28 United States Code, § 994(h), defendant, based upon the above-referenced convictions and any other convictions for felony narcotics offenses or violent crimes which may be discovered in the pre-sentence investigation by the United States Probation Office, defendant is a career criminal subject to the enhanced penalties set forth in § 4B1.1(b) of the Federal Sentencing Guidelines.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____
WILLIAM J. O'MALLEY, JR
Assistant United States Attorney

_____
JOHN K. HAN
Assistant United States Attorney

*Certificate of Service*

**I HEREBY** certify that I have caused a copy of the foregoing government's Notice of Prior Convictions to be served by hand in open court and by mail, postage prepaid, upon counsel for defendant John Edward Leek, David Bos, Esquire, Assistant Federal Public Defender, Suite 550, 625 Indiana Avenue, N.W., Washington, D.C., 20004; this 5th day of December, 2006.

_____
WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney
D.C. Bar No. 166-991
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 305-1749