**FILED**

**JAN - 8 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :     Criminal Action No.: 06-354 (RMU) |
| | : |
| JOHN LEEK, | :     **SEALED** |
| | : |
| Defendant. | : |

## ORDER

Upon consideration of the parties' joint motion to continue the plea hearing and for good cause shown therein, it is this 8th day of January 2007 hereby,

**ORDERED** that the plea hearing in the above-captioned case scheduled for January 9, 2007 is hereby **CONTINUED** for Monday, February 5, 2007 at 1:30 p.m.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge