**UNDER SEAL**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Crim No. 06-354 (RMU) |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **JOHN LEEK** ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO CONTINUE PLEA HEARING

Defendant, John Leek, through undersigned counsel, respectfully moves this Court to continue the presently scheduled guilty plea hearing in this case until the week of January 22, 2007. As grounds for this motion, counsel states:

1. The Defendant's Plea Hearing is presently set for January 9, 2007, at 2:00 p.m. As the Court will recall, Mr. Leek has agreed to cooperate with the Government pursuant to the plea agreement.

2. On Friday January 5, 2007, counsel was informed by Mr. Leek that a Notice detailing date and time of the proposed guilty plea hearing had been sent to his last known residence, and that his fiancee had reviewed the Notice. Although Mr. Leek has in fact agreed to plea guilty in this case, when questioned about the Notice by his fiancee, Mr. Leek explained that there was no plea agreement and that the Notice had been sent in error.

3. In order to ensure that plea agreement in this case is not compromised, the parties request that the scheduled plea hearing in this case be continued until the week of January 22,

2007.  The parties are available at any time on January 23, 24, or 25th. The parties further request that any reference to presently scheduled plea hearing on January 9, 2007, be removed from any publicly distributed calendar for the Court – specifically, that the calendar not reflect that there is a sealed matter scheduled for 2:00 that day.  Finally, the parties request that any come-up issued for Mr. Leek on January 9, 2007, be vacated.

    4. Counsel for the Defendant apologizes to the Court for any inconvenience caused by this motion.

    5.  The Government, per Assistant United States Attorneys John Han and William O'Malley, join in this request.

    WHEREFORE, defendant respectfully requests that this motion be granted.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

/s/
_____
David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500, ext. 118

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY, that a copy of the foregoing Motion has been served on counsel for the government, AUSA William OMalley this 8th day of January, 2007.

/s/
_____
David W. Bos

**UNDER SEAL**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| Plaintiff, | ) | Crim No. 06-354 (RMU) |
| v. | ) | |
| | ) | |
| **JOHN LEEK** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the parties' joint motion to continue the presently scheduled guilty plea hearing, it is this _____ day of January, 2007,

**ORDERED** that the guilty plea hearing scheduled for January 9, 2007, be rescheduled to _____, 2007, at _____ .m.

                                                                             _____
                                                                             RICARDO M. URBINA
                                                                             UNITED STATES DISTRICT JUDGE

cc:

David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

William O'Malley
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001