

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 06-354 |
| | : (Under Seal) |
| JOHN EDWARD LEEK, | : |
| Defendant. | : |

**FILED**

JAN - 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Based upon the representations in the government's Motion to Seal the Information and other pleadings, records, proceedings and files and to delay entry on the public docket of the filing of this motion to seal, this Court makes the following:

*Findings of Fact*

The government have netered into a plea agreement which provides that the defendant will cooperate with the United States in the investigation and prosecution of others in a long-term criminal investigation involving law enforcement agents and cooperating individuals. Law enforcement believes the targets of that investigation are unaware of the investigation. The general public is also not aware of this investigation.

The discovery of this investigation and defendant's proposed cooperation would pose a substantial risk to the personal safety of the defendant and law enforcement officials, as well as increase the difficulty of successfully concluding the investigation.

The public docketing at this time of the Information and other pleadings, records, proceedings to delay entry on the public docket of the filing of this motion to seal, as well as the Order granting such motion will likely substantially jeopardize the ongoing criminal investigation

and place the personal safety of parties involved in the covert investigation, as well as innocent bystanders, at substantial risk.

Based on the representations in the government's motion, *Washington Post v. Robinson*, 935 F.2d 282, 289 n. 10 (D.C. Cir. 1991), this Court's findings of facts, this Court finds that there is a compelling governmental interest in sealing the Information, bench warrants, pleadings, records and files in this case and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the government's motion and this Order have been filed with the Criminal Clerk's office under seal.

Based on the above, it is this __8TH__ day of ~~December, 2006~~ January 2007

**ORDERED** that this Order, and the attached government motion to seal the Information and other pleadings, recordings, proceedings, and files and to delay entry on the public docket of the filing of this motion to seal with exhibits shall be filed under seal in the Criminal Clerk's office until further order of this Court. It is

**FURTHER ORDERED** that the Information, all proceedings and all pleadings, records and files in this case shall be placed under seal by the Criminal Clerk's office until further order of this Court. It is

**FURTHER ORDERED** that the Criminal Clerk's office shall not make any entry on the public docket in this case of the government's motion to seal and the Order granting such motion, and other pleadings filed under seal in this case until further order of this Court. It is

**FURTHER ORDERED** that notwithstanding the other provisions of this Order, the government shall be permitted to request a transcript of any plea proceedings that may occur in this case, the Court Reporter shall be permitted to prepare such a transcript and provide it to the

government, and there may be a limited lifting of this sealing order to allow the government to comply with noticing and publishing requirements to effectuate any consent order of forfeiture that may be filed as part of this case.

RICARDO M. URBINA, Judge
United States District Court
 for the District of Columbia

Copies to:

William J. O'Malley, Jr.
John K. Han
Assistant United States Attorneys

David Bos, Esquire
Assistant Federal Public Defender
Suite 550
625 Indiana Avenue, N.W.
Washington, D.C. 20004