SEALED

CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          )
                                  )
                                  )
            vs.                   ) Criminal No. 06-0354(RMU)
                                  )
JOHN EDWARD LEEK

FILED

FEB 5 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
                       Defendant

_____
           Counsel for defendant

I consent:

William J. O'Malley, Jr.
Assistant United States Attorney

Approved:

Ricardo M. Urbina
United States District Court Judge