# United States District Court for the District of Columbia

SEALED

UNITED STATES OF AMERICA

v.

**JOHN EDWARD LEEK**

FILED
FEB 5 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAIVER OF INDICTMENT

Case Number: 06-0354 (RMU)

I, **John Edward Leek**, the above named defendant, who is accused of **Conspiracy to Distribute and Possess with Intent to Distribute More Than a Kilogram of Heroin, Title 21, United States Code, Sections 846(a)(1) and 841 (b)(1)(A)(i),** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **February 5, 2007,** prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Ricardo M. Urbina
United States District Court Judge