SEALED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                                 :
         v.                      :   Criminal Action No.: 06-0354 (RMU)
                                 :
John Edward Leek,                :
                                 :
         Defendant.               :

FILED
FEB 5 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is this 5th day of Feb 2007,

**ORDERED** that a progress hearing in the above-captioned case shall take place on Tuesday, May 8, 2007 at 1:45 p.m.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge