UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Criminal No. 06-354-01 (RMU) |
| : | (Under Seal) |
| JOHN EDWARD LEEK, : | |
| Defendant. : | |

GOVERNMENT'S MOTION TO PERMIT
DEFENDANT TO TRAVEL OUTSIDE THE DISTRICT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, moves the Court to permit the defendant to travel outside the District of Columbia in pursuit of his efforts to assist in the ongoing investigation of heroin trafficking. As grounds for this motion, the government cites the following points and authorities:

1. On February 5, 2007, the government and defendant entered into a plea agreement in which defendant plead guilty to one count of conspiracy to possess with intent to distribute more than a kilogram of a mixture and substance containing heroin, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(I), and also agreed to cooperate with the government in law enforcement matters. As part of that agreement, the parties requested and the Court determined, after full consideration of the record and the representations of the parties, that the defendant be released to pursue his efforts to assist the United States. The Court set several conditions for the defendants release which included a prohibition against travel outside the Washington, D.C., area. Defendant is in full compliance with all of those conditions.

2. In this last several days as part of his efforts defendant has had conversations with two targets of the government's investigation. In those conversations the targets indicated that they

would be traveling to New York City to celebrate a birthday and that while there they would contact and meet with one of their sources for heroin. Defendant was invited to travel with them. They will leave by automobile (a van) on Friday, February 23rd to return on either Sunday or Monday, February 25th or 26th. After carefully briefing the defendant on the limitations of his activities and manners and methods of avoiding illegal activity outside the scope of his cooperation, the agents believe that this trip may provide valuable information and intelligence to advance their investigation.

The government has consulted with defendant's counsel who indicates he has no objection to our motion.

**WHEREFORE**, the we respectfully move the Court to sign an Order permitting the defendant to travel to New York City on or about February 23, 2007 to return to the District of Columbia no later than February 26, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

BY: _____
WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney

_____
JOHN K. HAN
Assistant United States Attorney

*Certificate of Service*

**I HEREBY** certify that I have caused a copy of the foregoing government's Motion to Permit Defendant to Travel Outside the District and proposed Order by mail, postage prepaid, upon counsel, for defendant David Bos, Esquire, Assistant Federal Public Defender, Suite 550, 625 Indiana Avenue, N.W., Washington, D.C. 20004; this 22nd day of February, 2007.

_____
WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney
D.C. Bar No. 166-991
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 305-1749

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal No. 06-354-01 (RMU)** |
| | : | (Under Seal) |
| **JOHN EDWARD LEEK,** | : | |
| Defendant. | : | |

### ORDER

After consideration of the government's Motion to Permit Defendant to Travel Outside the District, the entire record in this matter and the fact that defendant has no objection to the Motion, good cause having been shown, it is:

ORDERED that defendant may travel to New York City on or about February 23, 2007 and must return to the District of Columbia no later than February 26, 2007.

_____
RICARD M. URBINA, Judge
United States District Court
 for the District of Columbia

Copies to:

William J. O'Malley, Jr.
John K. Han
Assistant United States Attorneys

David Bos, Esquire
Assistant Federal Public Defender
Suite 550
625 Indiana Avenue, N.W.
Washington, D.C.  20004