UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,   :

           :

  v.        :  Criminal No. 06-354-01 (RMU)

           :  (Under Seal)

JOHN EDWARD LEEK,    :

    Defendant.   :

## ORDER

After consideration of the government's Motion to Permit Defendant to Travel Outside the

District, the entire record in this matter and the fact that defendant has no objection to the Motion,

good cause having been shown, it is:

ORDERED that defendant may travel to New York City on or about February 23, 2007 and

must return to the District of Columbia no later than February 26, 2007.

2\23\07

               _____

               RICARD M. URBINA, Judge
               United States District Court
                for the District of Columbia

Copies to:

William J. O'Malley, Jr.
John K. Han
Assistant United States Attorneys

David Bos, Esquire
Assistant Federal Public Defender
Suite 550
625 Indiana Avenue, N.W.
Washington, D.C. 20004