UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 06-354 (RMU) |
| | : | |
| JOHN LEEK, | : | **SEALED** |
| | : | |
| Defendant. | : | |

**FILED**
APR 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>**O R D E R**</u>

It is this 10th day of April 2007 hereby,

**ORDERED** that the status hearing in the above-captioned case scheduled for May 8, 2007 is hereby **VACATED** and **RESCHEDULED** for Monday, May 7, 2007 at 1:45 p.m.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge