UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SEALED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 06-354 (RMU) |
| JOHN LEEK, | : | |
| Defendant. | : | |

**ORDER**

**FILED**

APR 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 18th day of April 2007 hereby,

**ORDERED** that a status hearing in the above-captioned case will take place on **Monday, April 23, 2007 at 11:00 a.m.**

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge