UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 06-354 (RMU) |
| | : | |
| JOHN LEEK, | : | **SEALED** |
| | : | |
| Defendant. | : | |

**FILED**
APR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is this 23rd day of April 2007 hereby,

**ORDERED** that a status hearing in the above-captioned case will take place on _June 28 2007_ at _2pm_.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge