UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEALED

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 06-354 (RMU)
:
JOHN LEEK, :
:
Defendant. :

**ORDER**

FILED
JUN 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 28th day of June 2007 hereby,

**ORDERED** that a status hearing in the above-captioned case will take place on _Sept. 27 2007_ at _2:30_.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge