SEALED   WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JOHN EDWARD LEEK<br><br>DOB: | DOCKET NO 06-0354 | MAGIS NO 06-408-M-01 |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>FILED<br>SEP 1 1 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |

| WARRANT ISSUED ON THE BASIS OF:<br>☒ Order of Court   ☐ Information<br>☐ Indictment   ☐ Complaint | DISTRICT OF ARREST |
|---|---|
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Conspiracy to Distribute and Possess with Intent to Distribute More Than a Kilogram of Heroin

Defendant failed to appear on June 28, 2007, at 2:00 p.m. in Courtroom #30, Annex Building, for a Status Hearing before Judge Urbina. Defendant was given written notice in court on April 23, 2007 to appear for his June 28, 2007 Status Hearing.

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION   21 USC 846(a)(1) and 841(b)(1)(A)(i) |
|---|---|
| BAIL FIXED BY COURT<br>Hold Without Bond | OTHER CONDITIONS OF RELEASE |

| ORDERED BY.<br>Judge Ricardo M. Urbina | JUDGE/MAGISTRATE JUDGE | DATE ISSUED<br>6/29/2007 |
|---|---|---|
| CLERK OF COURT<br>Nancy Mayer-Whittington | BY DEPUTY CLERK<br>James W. Daley | DATE<br>6/29/2007 |

RETURN

This warrant was received and executed with the arrest of the above-named person

| DATE RECEIVED | NAME AND TITLE OF REPORTING OFFICER | SIGNATURE OF REPORTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>9/11/07 | ANTHONY SANTOLO /USM | Anthony Sntro |