HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



SEALED

**FILED**

DEC 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-354</u> |
|---|---|---|
| vs. | : | |
| LEEK, John Edward | : | Disclosure Date: <u>November 5, 2007</u> |

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
    (**✘**)    There are no material/factual inaccuracies therein.
    (  )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____         _____11/19/07_____
Prosecuting Attorney                                                              Date

#### For the Defendant

(CHECK APPROPRIATE BOX)
    (  )    There are no material/factual inaccuracies therein.
    (  )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____         _____
Defendant                                         Date          Defense Counsel                              Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>November 19, 2007</u>, to U.S. Probation Officer <u>Kelly Kraemer-Soares</u>, telephone number <u>(202) 565-1353</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:    Gennine A. Hagar, Chief
       United States Probation Officer