Copies to: Judge
AUSA – Special Proceedings
Dft.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

**Plaintiff**

Vs.

John Leek

**SEALED**

Case No. CR-06-0354

NOTICE OF APPEAL

**FILED**

DEC 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**NOTICE IS HEREBY GIVEN** that the Defendant, John Leek, pro se, hereby appeals in the above entitled case to the United States Court of Appeals for the D.C. Circuit from the final judgment and sentence imposed by this Court on December 13, 2007.

Respectfully submitted this 21st day of December, 2007.

John Leek

I, John Leek, hereby declare under penalty of perjury that the information presented herein is true and correct to the best of my knowledge and belief.
Title 28, United States Code, Section 1746.

### CERTIFICATE OF SERVICE

I, John Leek, hereby certify that I deposited in the prison mailbox, the original and three copies of this Notice of Appeal mailed to the Clerk of the Court and one copy to the United States Attorney's Office for the District of Columbia this _21_ day of December 2007.

**RECEIVED**

DEC 2 6 2007

Copies to:   NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S. Attorney for the
District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

John Book 155-605
1901 D Street S.E.
Washington D.C. 20003

Nancy Mayer-Whittington, Clerk
United States District Court
for the District of Columbia
Washington D.C. 20001


