UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIM. NO. 06-0354-01 (RMU) |
| | : | |
| JOHN EDWARD LEEK, | : | |
| Defendant. | : | (UNDER SEAL) |

### GOVERNMENT'S MOTION FOR UNSEALING ORDER AND FOR LEAVE TO FILE UNDER SEAL

*COMES NOW*, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully to move for an order to unseal all files and records in this case and for leave to file this motion under seal until the Court rules on it. In support whereof, we submit as follows:

1. In September 2006, police arrested defendant Leek after serving a search warrant at an address in the Trinidad neighborhood in Washington, D.C. That arrest led to the criminal prosecution in this case.

2. On February 5, 2007, defendant pled guilty in this case to unlawful conspiracy to distribute and possess with intent to distribute one kilogram or more of heroin, in violation of 21 U.S.C. § 846. Later, police again arrested defendant Leek in September 2007, after finding him in a hotel room in New York Avenue, N.E., with suspected heroin, other items, and $10,409.00 in cash. On December 7, 2007, this Court sentenced defendant to a term of life in prison.

3. By previous order, the Clerk of the Court maintains under seal part or all of the files and records associated with this case. The government now intends to bring a separate civil action to forfeit to the United States the $10,409.00 in cash seized from Mr. Leek's hotel room in September 2007. By statute, 18 U.S.C. § 983(a)(3)(A), the government must initiate this civil action

not later than 90 days after a claim to this property was filed, which occurred on November 15, 2007. To make out its forfeiture complaint, the government must allege certain facts, some of which might be considered covered by the sealing order in this criminal prosecution. Therefore, the government asks this Court to issue an order unsealing this case.

4. Consultation with the Assistant U.S. Attorney who prosecuted this case, Mr. William O'Malley, Esq., Assistant U.S. Attorney, indicates that there is no reason why the files and records in this matter, which otherwise would be in the public domain, should continue to be kept under seal. In particular, there are no longer any questions regarding security of witnesses, which originally justified the Court's previous sealing order.

5. Defendant's attorney, Mr. David Bos, Esq., Assistant Federal Public Defender, has advised that he has been unable to contact his client to learn his position on this motion because defendant has been moved from the District of Columbia to serve his sentence. Because of 90-day deadline for bringing a forfeiture complaint, the government cannot wait further to file this motion. A proposed order granting this motion is attached.

6. To be certain that it is complying with this Court's previous sealing order, the government also moves for leave to file under seal this motion and the proposed order, until such time as the Court rules on it.

**WHEREFORE**, the Government respectfully prays this Honorable Court to grant this motion and to permit the Government to file this motion under seal until the Court decides it.

Respectfully submitted,

*/s/ Jeffrey A. Taylor*
JEFFREY TAYLOR, D.C. Bar No. 498610
UNITED STATES ATTORNEY

        */s/ Barry Wiegand*
BARRY WIEGAND, D.C. Bar No. 424288
Assistant United States Attorney
Criminal Division, Asset Forfeiture Unit
555 Fourth Street, N.W., Fourth Floor
Washington, D.C. 20530
(202) 307-0299
William.B.Wiegand@USDoJ.Gov

**CERTIFICATE OF SERVICE**

I have caused service of the foregoing Motion For Unsealing Order And For Leave To File Under Seal and attached proposed order to be made by having a copy of it posted in the U.S. mails in an envelope stamped with postage sufficient for first-class handling and addressed to counsel for defendant, Mr. David Bos, Esq., Assistant Federal Public Defender, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C. 20004 (202) 208-7500 (o); (202) 208-7515 (fax); David_Bos@fd.org (e-mail) on this first day of February 2008.  I also have e-mailed Mr. Bos a copy, too.

        /s/ *Barry Wiegand*
       Barry Wiegand, AUSA
       Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | CRIM. NO. 06-0354-01 (RMU) |
| | : | |
| **JOHN EDWARD LEEK,** | : | |
| <u>      Defendant.      </u> | : | (UNDER SEAL) |

## ORDER

    This matter came before the Court on the government's Motion For Unsealing Order And For Leave To File Under Seal. Upon consideration of that motion, for the reasons stated therein and upon review of the entire record herein, it is by the Court this ____ day of February 2008

    ORDERED, that the Motion be, and the same hereby is, GRANTED; and it is further

    ORDERED, that the Government is granted leave to file its motion, but that this need not be maintained under seal, given that this Court is ordering all files and records in this matter to be unsealed; and it is further

    ORDERED, that the Clerk of the Court shall unseal all records and files in this matter and need no longer maintain any files and records under seal.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

cc:

| | |
|---|---|
| Barry Wiegand | Mr. David Bos, Esq. |
| Assistant U.S. Attorney, | Assistant Federal Public Defender |
| 555 Fourth Street, NW, Fourth floor | Office of the Federal Defender |
| Washington, D.C. 20001 | 625 Indiana Avenue, N.W., Suite 550 |
| (202) 307-0299 (with voice mail) | Washington, D.C. 20004 |
| (202) 514-8707 (fax) | (202) 208-7500; (202) 208-7515 (fax) |
| William.B.Wiegand@USDoJ.Gov | David_Bos@fd.org |