Copies to: Judge
AUSA – Special Proceedings
Dft.
USCA
ECF Coordinator

Clerk

FILED

FEB - 5 2008

Clerk, U.S. District and
Bankruptcy Courts

## <u>CHANGE OF ADDRESS NOTIFICATION</u>

Re:

CR 06 - 354 - 01-RMU

(USCA No. 07-3146)

SEALED

If your address changes, it is your obligation to notify the clerk.
If the address changes and you do not notify the clerk, we will not
be responsible for your failure to receive documents from the court.

THE CLERK IS HEREBY NOTIFIED THAT MY ADDRESS SHOULD BE CHANGED TO:

NAME: _John Edward Leek_

NUMBER & STREET: _United States Penitentiary_
_P.O. Box 1000_

CITY _Lewisburg_ STATE _PA_ ZIP CODE _17837_

TELEPHONE # (____) - _____ - _____

PRISON: _Lewisburg, U.S. Pen_ (if applicable)

PRISONER'S REGISTRATION #: _14820-037_ (if applicable)

EFFECTIVE _1/22/08_                _John Leek_
(DATE)                              PRO SE SIGNATURE