UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 06-354 (RMU) |
| : | |
| JOHN LEEK, : | Document Nos.: 34, 35 |
| : | |
| Defendant. : | |

**ORDER**

FILED
FEB 7 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

This matter is before the court on the government's Motion For Unsealing Order And For Leave To File Under Seal. Upon consideration of that motion, for good cause stated therein and upon review of the entire record herein, it is this 7th day of February, 2008, hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED**, that the government is granted leave to file its motion under seal, but that this need not be maintained under seal, given that this court is ordering all files and records in this matter to be unsealed; and it is

**ORDERED**, that the Clerk of the Court shall unseal all records and files in this matter and need no longer maintain any files and records under seal.

_Ricardo M. Urbina_
Ricardo M. Urbina
United States District Judge

cc:
Barry Wiegand
Assistant U.S. Attorney,
555 Fourth Street, NW, Fourth floor
Washington, D.C. 20001
(202) 307-0299 (with voice mail)
(202) 514-8707 (fax)
William.B.Wiegand@USDoJ.Gov

Mr. David Bos, Esq.
Assistant Federal Public Defender
Office of the Federal Defender 625
Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500; (202) 208-7515
(fax) David_Bos@fd.org